```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
                       U.S. COURTHOUSE
                   INDEPENDENCE MALL WEST
                      601 MARKET STREET
                  PHILADELPHIA, PA 19106-1797
```

February 25, 2003

Sally A. Lytle, Esq.
Two Penn Center
Suite 810
1500 JFK Blvd.
Philadelphia, PA  19102

                        RE: Walker v. McKenzie
                        CIVIL ACTION NO. 02-4575

Dear Ms. Lytle:

       A review of the Court's records shows that service of the complaint has not been made in the above-captioned action as to the **third party defendant Angela Brown.**

       In order to eliminate a delay in bringing this case to trial, service must be made by **April 20, 2003,** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service.  If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

                                Very truly yours,

                                Constantine S. Flores
                                Deputy Clerk to Judge Robreno

Civ. 22

xc: Jeffrey M. Rosenbaum, Esq.

ENDRECORD