IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDBERGH WALKER | : | CIVIL ACTION |
|     Plaintiff | : | |
|   v. | : | |
| | : | No. 02-4575 |
| | : | |
| DONALD MCKENZIE | | |
|     Defendant | | |
| DONALD MCKENZIE | | |
|     ThirdParty Plaintiff | | |
|   v. | | |
| ANGELA BROWN | | |
|     ThirdParty Defendant | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on August 6, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz

Clerk of Court


By:_____

Crystal Wardlaw

Deputy Clerk

Phone:267-299-7073


Date: April 17, 2003


Copies:    Constantine S. Flores, Courtroom Deputy to Judge Eduardo C. Robreno

           Docket Clerk - Case File


Counsel:    Jeffrey M. Rosenbaum, Esq.

              John F. Hanahan, Esq.

              Sally A. Lytle, Esq.

              Cary B. McClain, Esq.

ARB2.FRM