IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| LINDBERGH WALKER | | |
| Plaintiff | : | |
| v. | | |
| | : | |
| | | No. 02-4575 |
| | : | |
| DONALD MCKENZIE | | |
| Defendant | | |
| DONALD MCKENZIE | | |
| ThirdParty Plaintiff | | |
| ANGELA BROWN | | |
| ThirdParty Defendant | | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on September 11, 2003.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from August 6, 2003 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:August 1, 2003

Copies:        Constantine S. Flores, Courtroom Deputy to Judge Eduardo C. Robreno
               Docket Clerk - Case File

               Counsel:        Jeffrey M. Rosenbaum, Esq.
                               John F. Hanahan, Esq.
                               Sally A. Lytle, Esq.
                               Cary B. McClain, Esq.

ARB2.FRM