IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDBERGH WALKER                :        CIVIL ACTION
                                :
        v.                      :
                                :
DONALD MCKENZIE,                :
                                :
        v.                      :
                                :
ANGELA BROWN                    :        NO. 02-4575

**O R D E R**

        AND NOW, this 16th day of October, 2003, it is Ordered

that a telephone status and scheduling conference on defendant

Angela Brown's request for trial de novo is scheduled for **October

28, 2003 at 9:30 a.m.**, with the Honorable Eduardo C. Robreno.


        ATTEST:                      or     BY THE COURT


        BY:_____    _____
        Deputy Clerk                        Judge

C.V. 12 (4/99)

xc: Cary B. McClain, Esq.
    Jeffrey M. Rosenbaum, Esq.
    John F. Hanahan, Esq.
    Sally A. Lytle, Esq.