IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDBERGH WALKER | : | CIVIL ACTION |
| v. | : | |
| DONALD MCKENZIE, | : | |
| v. | : | |
| ANGELA BROWN | : | NO. 02-4575 |

**O R D E R**

AND NOW, this 20th day of October, 2003, it is Ordered that the telephone status and scheduling conference on defendant Angela Brown's request for trial de novo scheduled for October 28, 2003 is continued to **November 3, 2003 at 9:30 a.m**, with the Honorable Eduardo C. Robreno.

Counsel for the defendant shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

ATTEST:                              or      BY THE COURT


BY:_____    _____
     Deputy Clerk                                Judge

C.V. 12 (4/99)

xc: Cary B. McClain, Esq.
    Jeffrey M. Rosenbaum, Esq.
    John F. Hanahan, Esq.
    Sally A. Lytle, Esq.