IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDBERGH WALKER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD MCKENZIE, | : | NO. 02-4575 |

### **O R D E R**

AND NOW, this **28th** day of **October, 2003,** it is Ordered that the Telephone Scheduling Conference initially scheduled on November 3, 2003 is **RESCHEDULED** on **November 7, 2003 at 9 a.m.**

ATTEST:                              or       BY THE COURT

BY:_____       _____
Deputy Clerk                                  Judge

C.V. 12 (4/99)

xc:

Jeffrey Rosenbaum, Esquire
John Hanahan, Esquire
Sally Lytle, Esquire
Cary McClain, Esquire