```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDBERG WALKER,              :    CIVIL ACTION
                              :    NO. 02-4575
        Plaintiff,            :
                              :
   v.                         :
                              :
DONALD MCKENZIE,              :
                              :
        Defendant,            :
                              :
   v.                         :
                              :
ANGELA BROWN,                 :
                              :
        Defendant.            :
```

## SCHEDULING ORDER

**AND NOW**, this **7th** day of **November 2003**, following a telephone conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. The period for discovery is closed;

2. The parties shall file pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

1

Chambers)² by **December 1, 2003**;

      3.   The case shall be placed in the trial pool on **December 10, 2003**.  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel; and

      4.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

      **AND IT IS SO ORDERED.**

                                **EDUARDO C. ROBRENO,      J.**

---

2.  When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.