IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDBERGH WALKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-4575 |
| | : | |
| **DONALD MCKENZIE** | : | |

## WITHDRAWAL OF APPEARANCE

TO CLERK OF COURTS:

  Kindly withdraw my appearance as counsel on behalf of plaintiff, in the above-captioned matter.


_____     _____

JEFFREY M. ROSENBAUM, ESQ.     JOHN F. HANAHAN, ESQ.
I.D. NO. 51719  I.D. NO. 44857

## ENTRY OF APPEARANCE

TO CLERK OF COURTS:

  Kindly enter my appearance as counsel on behalf of Plaintiff, in the above-captioned matter.


_____

PETER J. STAUNTON, ESQ.
I.D. NO. 81646


Dated: _____